UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, JR., | No. 2:16-cv-0497 AC P |
| Plaintiff, | |
| v. | ORDER |
| ALICE NICOLAI, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On February 6, 2017, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Bi was returned unserved because "he isn't a CDCR employee." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the seventh amended complaint filed September 20, 2016;

/////

1

   2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

   a. One completed USM-285 form for defendant Bi;

   b. Two copies of the endorsed complaint filed September 20, 2016; and

   c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

DATED: March 2, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, JR., | No. 2:16-cv-0497 AC P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| ALICE NICOLAI, et al., | |
| Defendants. | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

\_\_\_\_          completed summons form

\_\_\_\_          completed USM-285 forms

\_\_\_\_          copies of the <u>seventh amended complaint</u>

DATED:

_____

Plaintiff

1