1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY GIRALDES, JR.,                         No.  2:16-cv-0497 AC P

12                  Plaintiff,

13           v.                                     ORDER

14    ALICE NICOLAI, et al,

15                  Defendants.

16

17          Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for

19    all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a).  ECF No. 7.

20          By an order filed March 3, 2017, this court ordered plaintiff to provide additional

21    information to serve defendant Bi.  ECF No. 25.  On March 14, 2017, plaintiff submitted the

22    USM-285 form but failed to provide any new information.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  The Clerk of the Court is directed to send plaintiff one USM-285 form; and

25    ////

26    ////

27    ////

28    ////

                                              1

1        2.  Within thirty days, plaintiff shall submit to the court the completed USM-285 form

2    with additional information required to effect service.  Failure to comply with this order within

3    the specified time period will result in an order dismissing this action as to defendant Bi.

4    DATED: March 24, 2017

5    _____
       ALLISON CLAIRE

6           UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28