IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY GIRALDES, JR.,** | 2:16-cv-00497 KJM AC P |
| Plaintiff, | **ORDER** |
| v. | |
| **ALICE NICOLAI, et al.,** | |
| Defendants. | |

The Court, having considered the parties' stipulation and request for settlement conference and stay of discovery (ECF No. 36), and having found good cause, IT IS HEREBY ORDERED that:

1. The parties' request to set this matter for settlement conference is granted;
2. The discovery in this matter is stayed until the settlement conference has occurred;
3. The settlement date shall be set by separate order;
4. Should a settlement not be reached, responses to Plaintiff's Interrogatories to Bodenhamer (Set One), Requests for Production of Documents to all Defendants

1

(Sets One through Five), Requests for Admissions to Bobbala (Sets One through Three), Requests for Admissions to Moghaddam (Sets One and Two), Requests for Admissions to Sahota (Sets One and Two) and Requests for Admissions to Nicholai (Set One) will be due forty-five days after the settlement conference is concluded.

DATED: July 19, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE