IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GIRALDES, JR.,** | Case No. 2:16-cv-00497 KJM AC (P) |
| Plaintiff, | **ORDER** |
| v. | |
| **ALICE NICOLAI, ET AL.,** | |
| Defendants. | |

Good cause appearing, Defendant Dr. Bi's request for a sixty-day extension of time (ECF No. 55) to file a response to Plaintiff's Seventh Amended Complaint is GRANTED.

Defendant Dr. Bi shall file a response to Plaintiff's Seventh Amended Complaint on or before October 16, 2017.

DATED: August 28, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE