UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, JR., | No. 2:16-cv-0497 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| ALICE NICOLAI, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 6, 2017, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis. The court writes separately to modify footnote 1 of the findings and recommendations, ECF No. 59 at 1 n.1, by noting that plaintiff's motion to vacate the settlement conference, ECF No. 40, was

1

denied on November 20, 2017, ECF No. 74.  The settlement conference, conducted as scheduled on November 29, 2017, did not result in settlement of this action.  ECF No. 77.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Except as modified by this order, the findings and recommendations filed September 6, 2017, are adopted in full; and

2. Plaintiff's motion for emergency preliminary injunction (ECF No. 41) is denied.

DATED:  January 16, 2018.

_____
UNITED STATES DISTRICT JUDGE