# UNITED STATES DISTRICT COURT

Eastern **District of** California

Larry Giraldes, Jr.
Plaintiff (s),

V.

Alice Nicolai, et al.,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:16-cv-00497-KJM-AC

Notice is hereby given that, subject to approval by the court, P. Sahota, M.D. substitute
(Party (s) Name)

Thomas P. Feher , State Bar No. 149944 as counsel of record in
(Name of New Attorney)

place of Derrek J. Lee, Deputy Attorney General .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LeBeau – Thelen, LLP |
| Address: | P.O. Box 12092, Bakersfield, CA 93389-2092 |
| Telephone: | 661-325-8962     Facsimile 661-325-1127 |
| E-Mail (Optional): | tfeher@lebeauthelen.com |

I consent to the above substitution.

Date: 2/28/19                                    /s/ P. Sahota, M.D.
                                                 (Signature of Party (s))

I consent to being substituted.

Date: 2/28/19                                    /s/ Derrek J. Lee
                                                 (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/28/19                                    /s/Thomas P. Feher
                                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 13, 2019                             Allison Clare
                                                 Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**